UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE: REQUEST FOR
CERTIFICATE OF GOOD STANDING        1:25-MC-00006
                                    2:25-MC-00007

-------------------------------------------------------X

I, **Anthony G. Buzbee**, hereby request a copy of my certificate of good standing.

My date of admission to the Eastern District of New York is **June 4, 2021**.

My state attorney registration number is **5686712**.

Law Firm or Other Employer: **The Buzbee Law Firm**

Address: **600 Travis St. Suite 7500**
**Houston, Texas 77002**

Phone: **713-223-5393**   Mobile Phone: **281-636-0782**

Email: **Tbuzbee@txattorneys.com**

Dated: **1/29/25**

Signature: *[signed]*