UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE: REQUEST FOR
CERTIFICATE OF GOOD STANDING        1:25-MC-00006
                                    2:25-MC-00007

-------------------------------------------------------X

I, __Michael Andrew Buchwald__, hereby request a copy of my certificate of good standing.

My date of admission to the Eastern District of New York is __12/10/2021__.

My state attorney registration number is __5861927__.

Law Firm or Other Employer: __Paul, Weiss, Rifkind, Wharton & Garrison__

Address: __1285 6th Ave, New York, NY 10019__

Phone: __212 373 2303__    Mobile Phone: __610 246 3465__

Email: __mbuchwald@paulweiss.com__

Dated: __8/5/25__                    *Michael Buchwald*
                                        Signature